IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-0084-MOC-SCR

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAMIEN CABBLE,

        Defendant.

**NOTICE OF UNAVAILABILITY**

NOW COMES, the undersigned Counsel for the Defendant and hereby respectfully requests that hearings, deadlines and other matters not be scheduled during the following period: June 3 through June 18, 2024. Counsel has a scheduled, pre-paid family vacation out-of-district during that period.

WHEREFORE, Counsel respectfully requests that the Court not schedule matters requiring an appearance or deadlines for that time period.

Respectfully submitted this 20th day of March, 2024.

/s/ S. Frederick Winiker, III
NC State Bar No. 22390
Winiker Law Firm, PLLC
352 North Caswell Rd
Charlotte, NC  28204
(Phone) (704) 333-8440
(Fax) (704) 831-5274
swiniker@winikerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that the attached pleading was served upon the following attorney by electronic service through the court's ECF filing process:

**William Thomas Bozin**
U.S. Attorney's Office
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
704-816-1625
Email: william.bozin@usdoj.gov

This the 20th day of March, 2024.

/s/ S. Frederick Winiker, III
NC State Bar No. 22390
Winiker Law Firm, PLLC
325 North Caswell Rd
Charlotte, NC 28204
(Phone) (704) 333-8440
(Fax) (704) 831-5274
swiniker@winikerlaw.com

2