IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-0084-MOC-SCR

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR HEARING TO SET CONDITIONS OF RELEASE** |
| DAMIEN CABBLE, | |
| Defendant. | |

NOW COMES, the undersigned Counsel for the Defendant and hereby respectfully requests that the Court schedule a hearing as soon as practicable – but no later than May 31, 2024 – in order to set conditions of release. The parties are crafting the details as to a joint recommendation they intend to present to the Court at such hearing. Undersigned Counsel is unavailable for any hearings after May 31, 2024 through June 17, 2024.

WHEREFORE, Counsel respectfully requests that the Court schedule a hearing as soon as practicable in order for the parties to present a joint recommendation for conditions of release.

Respectfully submitted this 21st day of May, 2024.

/s/ S. Frederick Winiker, III
NC State Bar No. 22390
Winiker Law Firm, PLLC
352 North Caswell Rd
Charlotte, NC 28204
(Phone) (704) 333-8440
(Fax) (704) 831-5274
swiniker@winikerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached pleading was served upon the following attorney by electronic service through the court's ECF filing process:

**William Thomas Bozin**
U.S. Attorney's Office
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
704-816-1625
Email: william.bozin@usdoj.gov

This the 21st day of May, 2024.

/s/ S. Frederick Winiker, III
NC State Bar No. 22390
Winiker Law Firm, PLLC
325 North Caswell Rd
Charlotte, NC  28204
(Phone) (704) 333-8440
(Fax) (704) 831-5274
swiniker@winikerlaw.com