IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-0084-MOC-SCR

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE SENTENCING** |
| DAMIEN CABBLE, | |
| Defendant. | |

NOW COMES, the undersigned Counsel for the Defendant and hereby respectfully requests that the Court continue the sentencing hearing, currently scheduled for July 15, 2024, to a later date. In support of this motion, the Defendant shows the following:

On May 31, 2024, the Court set conditions of release to allow the Defendant to participate in inpatient alcohol rehabilitation. (Docs 145 & 146) The Defendant's program is not yet complete. It is anticipated that once successfully completed, the parties will have a joint recommendation for final disposition before the Court.

The United States has been informed of this motion and does not oppose the same. This motion is made in good faith and not for purposes of unwarranted delay.

WHEREFORE, Counsel respectfully requests that the Court continue the sentencing hearing in this case to a future date.

Respectfully submitted this 8th day of July, 2024.

/s/ S. Frederick Winiker, III
NC State Bar No. 22390
Winiker Law Firm, PLLC
352 North Caswell Rd
Charlotte, NC  28204
(Phone) (704) 333-8440
(Fax) (704) 831-5274
swiniker@winikerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached pleading was served upon the following attorney by electronic service through the court's ECF filing process:

**William Thomas Bozin**
U.S. Attorney's Office
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
704-816-1625
Email: william.bozin@usdoj.gov

This the 8th day of July, 2024.

/s/ S. Frederick Winiker, III
NC State Bar No. 22390
Winiker Law Firm, PLLC
325 North Caswell Rd
Charlotte, NC  28204
(Phone) (704) 333-8440
(Fax) (704) 831-5274
swiniker@winikerlaw.com